UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

| | | |
|---|---|---|
| IN RE | | |
| JOSE CHACON | : | CHAPTER 13 |
| JULIA CHACON | | |
| DEBTORS | : | CASE NO. 11-23238 |
| | : | FEBRUARY 27, 2012 |

## APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enters its appearance for Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP f/k/a Countywide Home Loans Servicing, LP, a creditor and party in interest in the above estate and, pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices given or required to be given in the above- captioned case be served upon the undersigned at the address set forth below.

The foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: February 27, 2012

_____
Linda St. Pierre, Esq.
Hunt Leibert Jacobson, P.C.
Federal Bar No. CT 22287

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent either via first-class prepaid mail or via ECF e-mail, on February 27, 2012, to the following parties of interest as follows:

Jose Chacon
Julia Chacon
90 Wolcott Rd.
West Hartford, CT 06110
(Debtors)

Suzann L. Beckett
Beckett Law LLC
543 Prospect Ave
Hartford, CT 06105
(Debtor's Attorney)

Molly T. Whiton
10 Columbus Boulevard
Hartford, CT 06106
(Trustee)

U.S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Linda J. St. Pierre, Esq.
Hunt Leibert Jacobson, P.C.
Federal Bar No. CT 22287