UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER |
| Jose & Julia CHACON | CHAPTER 13 |
| Debtors | CASE NO. 11-23238 |

## ORDER CONFIRMING SECOND AMENDED CHAPTER 13 PLAN

The debtor's plan was filed on 11/23/11 and was amended on 10/11/12. A summary of the plan, or a summary of the final amendment of the plan, was transmitted to the creditors under Bankruptcy Rule 3015. The Court finds that the plan meets the requirements of 11 U.S.C. Section 1325 and 1329.

IT IS ORDERED THAT:
   The debtor's chapter 13 plan is confirmed, with the following provisions:
1. Payments: $161.54 Weekly for 7 months from 11/6/12 through 5/28/13, THEN $276.93 Weekly starting 6/4/13 for the remaining 53 months of the plan.
2. Period of payments:   60 months, or until a dividend of not less than 61% is paid to creditors holding allowed unsecured claims.

   Payable to:   **Molly T. Whiton, Standing Trustee**
                 **P.O. Box 610**
                 **Memphis, TN 38101-0610**

   Payroll Deduction:
   __XX__   Unless previously ordered, the debtor's employer is ordered to deduct payments from the debtor's earnings, draw checks in the name of the standing trustee, and deliver or mail the same to the standing trustee on or before each due date until further order of this Court.
   _____   No payroll deduction is ordered.

3. Attorney's Fees: The debtors' attorney was awarded a fee in the amount of $4,781.00, of which $831.00 is due and payable from the estate.

| | |
|---|---|
| **JOSE CHACON'S EMPLOYER:** | ATTN: Payroll Dept. |
| | Stop & Shop Supermarket Co. |
| | P.O. Box 55836 |
| **Employee ID No. US00077405** | Boston, MA  02205 |

Dated: October 11, 2012

*Albert S. Dabrowski*
United States Bankruptcy Judge