UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 13 |
| JOSE & JULIA CHACON | ) Case No. 11-23238 AMN |
| Debtor(s) | ) 3/31/2016 |

**MOTION TO DISMISS CASE**

  Molly T. Whiton, Chapter 13 Trustee herein, hereby moves to dismiss this confirmed case, and respectfully represents as follows:

  The debtor(s) was (were) ordered to pay: BEGINNING 11/6/12 $161.54 WEEKLY FOR 7 MONTHS AND THEN $276.93 WEEKLY FOR 53 MONTHS.

  The debtor(s) is (are) in default under the terms of the plan. The arrearage as of the above date is $5100.14.

  The total payments received by the Trustee are: $48931.70, including pre-confirmation payments of $8200.00.

  The last payment was made on: 3/29/16.

  **Wherefore,** the Trustee respectfully requests that the court dismiss the case.

            /s/ Molly T. Whiton

            Molly T. Whiton, Chapter 13 Trustee
            10 Columbus Boulevard, Hartford, CT  06106
            Tel:  860-278-9410 Fax: 860-527-6185
            Email: mtwhiton@mtwhiton.com Fed. Bar #02214

CERTIFICATION OF SERVICE:
This is to certify that a copy hereof, along with the following proposed Order and the following Notice of contested matter response date, was mailed, postage prepaid, on the above date, to the following:

DEBTOR(S) HEREIN:
JOSE & JULIA CHACON
90 WOLCOTT ROAD
WEST HARTFORD, CT 06110;

Served electronically:  Debtor's attorney Suzann Beckett, Esq.: suzannB@Beckett-Law.com.
OFFICE OF THE UNITED STATES TRUSTEE at: USTPRegion02.NH.ECF@USDOJ.GOV.

            /s/ Molly T. Whiton
            Molly T. Whiton, Chapter 13 Trustee
            10 Columbus Boulevard, Hartford, CT  06106
            Tel:  860-278-9410 Fax: 860-527-6185
            Email: mtwhiton@mtwhiton.com Fed. Bar #02214

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 13 |
| JOSE & JULIA CHACON | ) Case No. 11-23238 AMN |
| Debtor(s) | ) 3/31/2016 |

### NOTICE OF CONTESTED MATTER RESPONSE DATE

Molly T. Whiton, Chapter 13 Standing Trustee herein, (the "Movant") has filed a Motion to Dismiss Case (the "Contested Matter") with the U.S. Bankruptcy Court. Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than April 14, 2016*. In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, *see*, 11 U.S.C. § 102(1).

3/31/2016                                                        /s/ Molly T. Whiton

Molly T. Whiton, Chapter 13 Trustee
10 Columbus Boulevard
Hartford, CT  06106
Tel:  860-278-9410 Fax: 860-527-6185
Email: mtwhiton@mtwhiton.com
Fed. Bar #02214

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF CONNECTICUT
                          HARTFORD DIVISION
```

IN RE:                                     ) Chapter 13
JOSE & JULIA CHACON                        ) Case No. 11-23238 AMN
      Debtor(s)                           )

**PROPOSED ORDER DISMISSING CASE UNDER CHAPTER 13**

      A Trustee's Motion to Dismiss the above referenced case pursuant to 11 U.S.C. §1307(c) having been heard, it is

ORDERED, that the motion is GRANTED and the case is DISMISSED WITHOUT PREJUDICE.

_____ IT IS FURTHER ORDERED that the order directing the employer to make periodic payments to the trustee is rescinded and future payments of wages should be made without such deductions.

3